John S. Langley, Administrator, *vs.* The Metropolitan Life Insurance Company.

A general demurrer to a declaration containing several counts is bad, if any count is good.

Assumpsit. On demurrer to the declaration.

*Providence, November 5,* 1887. Per Curiam. The demurrer to the declaration must be overruled. The declaration contains a special count on a policy of life insurance, also a count on account settled or stated, and the common counts. The demurrer is a general demurrer to the entire declaration. Of course it is bad if

either count is sufficient. The defendant does not claim to point out any defect in any but the first count, and we do not discover any defect in the other counts. Gould on Pleading, cap. iv. § 6; 1 Chitty on Pleading, *696. *Demurrer overruled.*

*William P. Sheffield & William P. Sheffield, Jun.*, for plaintiff.
*Francis W. Miner & William G. Roelker*, for defendant.